NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALAN B. GRIFFIN,                               )
                                               )
       Appellant,                       )
                                               )
v.                                             )          Case No. 2D17-4868
                                               )
STATE OF FLORIDA,                              )
                                               )
       Appellee.                        )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

PER CURIAM.

       Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); Griffin v. State, 138 So. 3d 446 (Fla. 2d DCA 2014) (table decision); Griffin v. State, 104 So. 3d 1096 (Fla. 2d DCA 2012) (table decision); Griffin v. State, 53 So. 3d 1035 (Fla. 2d DCA 2011) (table decision); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Edwards v. State, 128 So. 3d 134 (Fla. 1st DCA 2013); Golfe v. State, 125 So. 3d 876 (Fla. 4th DCA 2013); Wilson v. State, 109 So. 3d 240 (Fla. 4th DCA 2013); Collins v.

<u>State</u>, 97 So. 3d 305 (Fla. 4th DCA 2012); <u>Johnson v. Office of State Attorney</u>, 987 So. 2d 206 (Fla. 5th DCA 2008).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.